UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICHARD J. THOMPSON | CIVIL ACTION |
| VERSUS | NO. 15-311 |
| YELLOW FIN MARINE SERVICES, LLC | SECTION "R" (2) |

# **JURY INTERROGATORIES**

Please answer the following questions:

1. Do you find by a preponderance of the evidence that Yellow Fin Marine Services, LLC was negligent under the Jones Act and that such negligence was a legal cause of Mr. Thompson's injuries?

Answer: Yes ______ No __X__

2. Do you find by a preponderance of the evidence that the K-MARINE XI was unseaworthy and that such unseaworthiness was a proximate cause of Mr. Thompson's injuries?

Answer: Yes ______ No __X__

**If you answered "Yes" to either Question 1 or Question 2, please proceed to Question 3. If you answered "No" to both Question 1 and Question 2, please skip Questions 3 through 5, and proceed to Question 6.**

3. Do you find by a preponderance of the evidence that Mr. Thompson was negligent and that his own negligence was a legal cause of his injuries?

Answer: Yes ______ No ______

**If you answered "Yes" to Question 3, please proceed to Question 4. If you answered "No" to Question 3, please skip Question 4 and proceed to Question 5.**

4. State the percentage of fault for each party whose fault you have found to have caused Mr. Thompson's injuries. (Note: The total of the percentages given in your answer must equal 100%)

| | |
|---|---|
| Richard J. Thompson | ______% |
| Yellow Fin Marine Services, LLC | ______% |
| TOTAL | 100% |

5. What amount of damages will compensate Mr. Thompson for his injuries? (Do NOT adjust the amount of damages by the percentage(s) of fault you determined in response to Question 4. The Court will make any necessary calculations.)

Answer in dollars and cents.

| | |
|---|---|
| Loss of Past Wages and Fringe Benefits | $________ |

| | |
|---|---|
| Loss of Future Wages and Fringe Benefits | $________ |
| Past Medical Expenses | $________ |
| Past and Future Physical Pain and Suffering and Mental Anguish | $________ |
| TOTAL DAMAGES (add above amounts) | $________ |

6. Do you find by a preponderance of the evidence that Mr. Thompson was negligent and that such negligence was a legal cause of damage to the K-MARINE XI and/or the Fieldwood Energy Platform?

Answer: Yes __X__ No ______

**If you answered "Yes" to Question 6, please proceed to Question 7. If you answered "No" to 6, please skip Questions 7 through 9, and sign and date the verdict form.**

7. Do you find by a preponderance of the evidence that Yellow Fin Marine Services, LLC was negligent and that its negligence was a legal cause of damage to the K-MARINE XI and/or the Fieldwood Energy Platform?

Answer: Yes __X__ No ______

**If you answered "Yes" to Question 7, please proceed to Question 8. If you answered "No" to Question 7, please skip Question 8 and proceed to Question 9.**

8. State the percentage of fault for each party whose fault you have found to have caused damage to the K-MARINE XI and/or the Fieldwood Energy Platform. (Note: The total of the percentages given in your answer must equal 100%)

| | |
|---|---|
| Richard J. Thompson | 50 % |
| Yellow Fin Marine Services, LLC | 50 % |
| TOTAL | 100% |

9. What amount of damages will compensate Yellow Fin Marine Services, LLC for damage to the K-MARINE XI and/or the Fieldwood Energy Platform? (Do NOT adjust the amount of damages by the percentage(s) of fault you determined in response to Question 8. The Court will make any necessary calculations.)

Answer in dollars and cents.

| | |
|---|---|
| Damage to the K-MARINE XI | $ 421,406.62 |
| Damage to the Fieldwood Energy Platform | $ 764,000.00 |
| TOTAL DAMAGES (add above amounts) | $ 1,185,406.62 |

**Please sign and date the verdict form and return to the courtroom.**

New Orleans, Louisiana, this 3 date of August 2016.

FOREPERSON