**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **RICHARD J. THOMPSON** | * | **CASE NO. 2:15-cv-00311** |
| **VS.** | * | **JUDGE SARAH S. VANCE** |
| **YELLOW FIN MARINE SERVICES, LLC** | * | **SECTION "R" (2)** |

## Judgment

This action came on for trial before the Court and a jury, Honorable Sarah S. Vance, District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict:

IT IS ORDERED, ADJUDGED AND DECREED that judgment is hereby entered in favor of defendant, Yellow Fin Marine Services, LLC, and against plaintiff, Richard J. Thompson, dismissing plaintiff's claims with prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that judgment is hereby entered in favor of defendant, Yellow Fin Marine Services, LLC, and against plaintiff, Richard J. Thompson, on defendant's counterclaim.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that defendant Yellow Fin is entitled to recover from plaintiff Thompson damages on its counterclaim in the amount of $592,703.31.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that costs owed in the above-captioned matter will be assessed against plaintiff Thompson in an amount to be determined by the Court.

**New Orleans, Louisiana, this 5th day of August, 2016.**

Sarah Vance

**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**